Robert S. Giolito (State Bar No. 244161)
rgiolito@giolitolaw.com
11755 Wilshire Blvd., Suite 2400
Los Angeles, CA 90025
310 473-3535 voice
310 473-3533 fax

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE BURGESS, CHRISTOPHER DIDIOT, JEFFERY ELLIS, TODD FRAMBACH, MARK HARBACHECK, JONATHAN HIERS, DANIEL W. JONES, ERINN KNIGHT, JOSEPH LITSCH, ROBERT LEE MARTIN, GEORGEANNE OLIVE, LINDA ROBINSON, HEATHER SEASE, AND GEORGE SPENCE,<br><br>      Plaintiffs,<br><br>vs.<br><br>PRETTY DANGEROUS FILMS, LLC, a California LLC; MISSISSIPPI WILD PRODUCTIONS, LLC, a Georgia LLC; and RYAN JOHNSON, an individual,<br><br>      Defendants. | Civil Action No. 2:11-cv-06837-R-VBKx<br><br>**JUDGMENT AGAINST DEFENDANTS MISSISSIPPI WILD PRODUCTIONS, LLC, AND RYAN JOHNSON** |

- 1 -

[Proposed] Judgment

1  This matter came before the Court on Plaintiffs' Application for Entry of
2 Judgment, which is supported by a Stipulation for Entry of Judgment in the
3 amount of $100,000.00 plus costs executed by Plaintiffs' counsel and Defendant
4 Ryan Johnson, on behalf of himself and Defendant Mississippi Wild Productions
5 LLC.  The Application is also supported by the Declaration of Robert S. Giolito,
6 Plaintiffs' counsel.
7  In accordance with the executed Stipulation, the Court hereby enters
8 JUDGMENT in favor of Plaintiffs and against Defendants Mississippi Wild
9 Productions, LLC, and Ryan Johnson in the amount of One Hundred Thousand
10 and no/100 dollars ($100,000.00) plus costs.

12  Dated, this 12th day of April, 2012.

14  For the U.S. District Court

16  _____
17  U.S. District Judge Manuel L. Real