# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-11-6837-R                              **DATE: MAY 10, 2012**

**TITLE: GENEVIEVE BURGESS et al -V- PRETTY DANGEROUS FILMS LLC et al**
================================================================
**PRESENT:**

HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

   Not present                                   Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution**

THIS MATTER IS SET ON CALENDAR FOR HEARING ON MAY 21, 2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF TO FILE A PROPER PROOFS OF SERVICE OF SUMMONS AND COMPLAINT ON REMAINING DEFENDANT PRETTY DANGEROUS FILMS LLC. PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                                      Initials of Deputy Clerk __WH__
**CIVIL - GEN**                               D-M