# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:**   CV-11-6837-R                                            **DATE: MAY 10, 2012**

**TITLE: GENEVIEVE BURGESS et al -V- PRETTY DANGEROUS FILMS LLC et al**
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                                           <u>     N/A     </u>
**Deputy Clerk**                                                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANT:**

    Not present                                                     Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be
                  dismissed for lack of prosecution**

THIS MATTER IS SET ON CALENDAR FOR HEARING ON MAY 21,

2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF

TO FILE A PROPER PROOFS OF SERVICE OF SUMMONS AND COMPLAINT

ON REMAINING DEFENDANT PRETTY DANGEROUS FILMS LLC.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


**MINUTES FORM II**                                                 Initials of Deputy Clerk__WH____
**CIVIL - GEN**                              D-M